JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>R. FISHER, WARDEN,<br><br>    Respondent. | Case No. CV 16-2281 JFW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: May 19, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE